UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND GEORGE GLASS,<br><br>             Plaintiff,<br><br>    v.<br><br>MARTIN BITER, et al.,<br><br>             Defendants. | Case No.  1:15-cv-01666-MJS (PC)<br><br>**ORDER VACATING ORDER TO SHOW CAUSE AND DISMISSING ACTION**<br><br>**(ECF NO. 12.)**<br><br>**CLERK TO CLOSE CASE** |

Plaintiff is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction. (ECF No. 8.) No other parties have appeared in the action.

On January 5, 2016, the undersigned denied Plaintiff's motion to proceed in forma pauperis because he had incurred three "strikes" within the meaning of 28 U.S.C. § 1915(g) and because he failed to meet the imminent danger exception. (ECF No. 10.) Plaintiff was given twenty-one days to pay the $400 filing fee in full and was warned that if he fails to pay, all pending motions will be terminated and the action dismissed.

When Plaintiff failed to pay the filing fee within twenty-one days, the undersigned issued an order on February 2, 2016, directing Plaintiff to show cause why this action

1

should not be dismissed for failure to pay the filing fee and failure to comply with a court order. (ECF No. 12.) Alternatively, Plaintiff was directed to pay the filing fee in full. To date, Plaintiff has not responded to the order to show cause and has not paid the filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The February 2, 2016, Order to Show Cause is vacated;
2. All pending motions are terminated;
3. This action is DISMISSED; and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   March 31, 2016                       /s/ *Michael J. Seng*
                                                                UNITED STATES MAGISTRATE JUDGE